IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVEL CADDY, INC. D/B/A TRAVELON, an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> IKEA NORTH AMERICA SERVICES, LLC, a Delaware limited liability company. | ) <br> ) Civil Action No. 1:15-cv-08224 <br> ) <br> ) <br> ) The Honorable Ruben Castillo <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Travel Caddy, Inc. d/b/a Travelon ("Travelon") and Defendant IKEA North America Services, LLC ("IKEA"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that to the dismissal of this action with prejudice with each party to bear its own costs and attorney's fees. IKEA and its corporate affiliates and successors preserve all defenses to any future suit for infringement of U.S. Patent No. 6,742,636 and the right to bring a declaratory judgment action based on future conduct with respect to U.S. Patent No. 6,742,636.

Respectfully submitted

/s/ Vance L. Liebman
Vance L. Liebman, Esq.
Glenn A. Rice, Esq.
Funkhouser Vegosen Liebman & Dunn Ltd.
55 West Monroe Street Suite 2300
Chicago, Illinois 60603
Telephone: (312) 701-6800
Facsimile: (312) 701-6801
*Counsel for Plaintiff Travel Caddy, Inc.*

/s/ Barry F. Irwin
Barry F. Irwin, P.C.
IRWIN IP LLC
133 Burr Ridge Parkway, Suite 200
Burr Ridge, IL 60527
birwin@irwinip.com
Telephone: 630-756-3101
Facsimile: 630-756-3100

Joseph Condo
Michael J. Bonella
Joseph Klinicki
Condo Roccia Koptiw, LLP
Suite 1700
1800 J.F.K. Boulevard
Philadelphia, PA 19103
Telephone: 215-599-2784

*Counsel for Defendant IKEA North America Services, LLC*

Dated: 2/17/2016